IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES EDWARD GRANT,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

16-cv-655-jdp

v.

JOHN SCHULTZ and
URBAN LAND INTEREST,

    Defendants.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case under the court's sanctions against plaintiff James Grant.

/s/                                                                    10/19/2016

Peter Oppeneer, Clerk of Court                         Date